UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00972-JPH-TAB ) |
| SOUTHEAST HEALTH CENTER, PETER KIM DR., | ) ) ) ) |
| Defendants. | ) |

**ORDER DENYING MOTION TO AMEND COMPLAINT**

On July 27, 2020, the Court entered final judgment in this case, dismissing Ms. White's federal claims with prejudice and her state law claims without prejudice. Dkt. 9. On August 26, 2020, Ms. White filed a motion to amend her complaint with this Court. Dkt. [10].

"Once final judgment has been entered in a case, the district court lacks jurisdiction to entertain a motion for leave to amend the complaint unless the plaintiff also moves for relief from the judgment." *Childress v. Walker*, 787 F.3d 433, 442 (7th Cir. 2015). Ms. White has not moved to alter or amend the judgment, Fed. R. Civ. P. 59(e), nor has she moved for relief from the final judgment, Fed. R. Civ. P. 60. *See* dkt. 10. As a result, the Court cannot entertain Ms. White's motion, and her motion to amend the complaint, dkt. [10], is **denied.**

**SO ORDERED.**

Date: 9/8/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

BRENDA L. WHITE
4141 N Ridgeview Drive
Indianapolis, IN 46226