UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA L. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-00972-JPH-TAB |
| SOUTHEAST HEALTH CENTER, PETER KIM DR., | ) |
| Defendants. | ) |

## ORDER

Plaintiff Brenda White has submitted a "Show Cause" statement "ask[ing] the court to allow [her] to continue in this matter." Dkt. [20]. However, final judgment has issued, dkt. 9; dkt. 11, and Ms. White has filed an appeal with the Seventh Circuit, dkt. 12. Because this Court has resolved all matters before it, Ms. White's request, dkt. [20], is **DENIED**.

**SO ORDERED.**

Date: 11/19/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRENDA L. WHITE
4141 N Ridgeview Drive
Indianapolis, IN 46226